Same case below, 611 F.3d 914.

**No. 10-8667. Ruben Valdez-Ortiz, Petitioner v. United States.**

562 U.S. 1261, 131 S. Ct. 1582, 179 L. Ed. 2d 484, 2011 U.S. LEXIS 1751.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 399 Fed. Appx. 935.

**No. 10-8673. Alvaro Lopez Ayala, Petitioner v. United States.**

562 U.S. 1262, 131 S. Ct. 1583, 179 L. Ed. 2d 484, 2011 U.S. LEXIS 1854.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 399 Fed. Appx. 937.

**No. 10-8668. Veda Pryor, Petitioner v. John McHugh, Secretary of the Army, et al.**

562 U.S. 1261, 131 S. Ct. 1583, 179 L. Ed. 2d 484, 2011 U.S. LEXIS 1797.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 399 Fed. Appx. 841.

**No. 10-8674. John Marvin Ballard, Petitioner v. United States.**

562 U.S. 1262, 131 S. Ct. 1583, 179 L. Ed. 2d 484, 2011 U.S. LEXIS 1719.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 391 Fed. Appx. 650.

**No. 10-8669. Jaime Segovia-Castillo, Petitioner v. United States.**

562 U.S. 1262, 131 S. Ct. 1583, 179 L. Ed. 2d 484, 2011 U.S. LEXIS 1736.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 399 Fed. Appx. 14.

**No. 10-8678. Timnah Rudisill, Petitioner v. United States.**

562 U.S. 1262, 131 S. Ct. 1583, 179 L. Ed. 2d 484, 2011 U.S. LEXIS 1752.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 397 Fed. Appx. 916.

**No. 10-8670. Jermaine Darnell Samuels, Petitioner v. United States.**

562 U.S. 1262, 131 S. Ct. 1583, 179 L. Ed. 2d 484, 2011 U.S. LEXIS 1731.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.